

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00904-CV

**IN THE INTEREST OF R.L.R.R., M.C.M., J.D.S. AND G.Z.S.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00325
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The original due date for the State's brief is March 7, 2014. On February 25, 2014, the State filed its first request for an extension, asking for additional time until March 24, 2014.

    The request is GRANTED; however, because this is an accelerated appeal from an order terminating parental rights, **no further extensions of time will be granted**. The State's brief is due no later than March 24, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court